# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CORY PEER, individually and on behalf of all others similarly situated,  )  )  ) | |
| Plaintiff,  ) | |
|  ) | No. 3:16-cv-1578 |
| vs.  ) | |
|  ) | Judge Crenshaw/Knowles |
| GRAYCO MANAGEMENT, LLC, d/b/a  ) MCDONALD'S and PHIL GRAY,  )  ) | |
| Defendants.  ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Plaintiff's Motion to Continue Initial Case Management Conference** with the Clerk of the Court for the United States Middle District of Tennessee by using the CM/ECF system on September 26, 2016. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants.

    PHIL GRAY
    152 McGAVOCK PIKE
    NASHVILLE, TN 37214

    GRAYCO MANAGEMENT, LLC d/b/a MCDONALD'S
    c/o PHILIP GRAY, REGISTERED AGENT
    152 McGAVOCK PIKE
    NASHVILLE, TN 37214

    /s/Randall W. Burton
    Randall W. Burton (TN No. 15393)
    144 Second Avenue, North
    Suite 212
    Nashville, Tennessee 37201
    (615) 620-5838