## DECLARATION OF JOSH JAMES JURACICH

I, Josh James Juracich, do hereby swear and affirm as follows:

1.        I am over 21 years of age.  I make this Declaration of my own personal knowledge. If called and sworn as a witness, I would testify to these facts.  I understand that this Declaration is being provided to attorneys for Grayco Management, LLC d/b/a McDonald's and Phil Gray ("Grayco") and I understand that this Declaration may be used for a variety of purposes in litigation, including to defend against a lawsuit.

2.        I make this declaration entirely of my own free will and choice.  No promises of benefits or threats have been made to me to persuade me to sign it.

3.        I have been an employee of Grayco Management, LLC since July 2014. I have been the General Manager at a McDonald's restaurant located at 2233 Fairview Boulevard, Fairview, Tennessee 37062 since March 1, 2015. Before I worked at this location, I was a General Manager at three other McDonald's restaurants owned by Grayco Management, LLC.

4.        As a General Manager, I am responsible for running the store, hiring and firing employees, managing employees, overall operations of the restaurant, inventory, sales, and customer service.

5.        I am paid a salary of approximately $42,000.00 a year.  I do not have a set schedule.

6.        I've never been an hourly employee for Grayco Management, LLC.

7.        I review my store employees' time punches from the previous day every morning.

8.        If it appears that an employee failed to clock in or out, or to take a break, I look at the schedule and speak to the shift manager that worked with the employee. Then I contact the employee and ensure that whatever the shift manager and the schedule are telling me is accurate. If the employee and the shift manager each tell me something different, I consult the video

EXHIBIT 6

surveillance feed. Ultimately, I figure out what hours the employee worked and ensure the time records are accurate. I cannot correct or edit time punches without the employee's express authorization in writing.

9.  Employees always have the option to review their time records.

10.  I never change time records, to add or deduct time worked, without obtaining an employee's initials to approve the change.

11.  I never deduct 30 minutes from an employee's shift because the employee failed to take a meal break. If they don't take meal breaks, they still get paid for all the time they worked. I just talk to any employee who does not take a meal break and remind them that they must take breaks, by law.

12.  My employees get paid for the time they worked. If anyone has a problem, they come to me and tell me what they think is wrong. I then print the time punches and walk through the punches with the employee so that the employee can show me what is or is not correct. If there is a problem, I fix it. If an employee is owed money, I go to the corporate office, get a check, and bring it to the employee same day. Time worked is time paid.

13.  I have been given the opportunity to review this declaration carefully and to make any changes at my request.

I declare under penalty of perjury under the laws of the United States and of the State of Tennessee that the foregoing is true and correct.

Signed on January 10, 2017 in Nashville, Tennessee.

_Josh James Juracich_

Josh James Juracich