# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CORY PEER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRAYCO MANAGEMENT LLC ) <br> AND PHIL GRAY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:16-cv-01578 <br> Judge Crenshaw/Frensley |

## AGREED ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

WHEREAS:

On May 30, 2018, Plaintiff Cory Peer ("Plaintiff") and Defendants Grayco Management LLC ("Grayco") and Phil Gray (collectively "Defendants"), by their respective counsel of record, moved this Court for approval of the Parties' Joint Stipulation of Settlement and Settlement Agreement.

The Court has duly considered the representations of counsel and all of the submissions presented with respect to the Agreements addressing the Plaintiff's individual claims, the collective claims asserted in this matter under the Fair Labor Standards Act ("FLSA").

This Court hereby ORDERS that:

1. The Settlement Agreement is fair, reasonable and adequate; is in the best interest of Plaintiff; and is hereby approved, in light of the benefits to Plaintiff accruing from the settlement of this Litigation, the substantial investigation conducted by Plaintiff's counsel prior to the proposed Settlement Agreement, and the complexity, expense, risks and probable protracted duration of further litigation.

2. Plaintiff shall be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Released Parties regarding any and all claims released in the Settlement Agreement.

3. Plaintiff's Counsel's application for award of attorneys' fees and reimbursement of costs as set forth in the Settlement Agreement is hereby approved. Accordingly, Defendants will

pay Plaintiff's Counsel's fees and costs, as provided in the Joint Stipulation of Settlement and according to the Settlement Agreement.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Court Judge

2

Case 3:16-cv-01578   Document 53   Filed 07/05/18   Page 2 of 2 PageID #: 593